**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES GARRISON, | |
| Plaintiff, | 1:17-cv-09092 |
| v. | Honorable Elaine E. Bucklo |
| GREAT LAKES FINANCIAL SERVICES, INC. and NORTHSHORE UNIVERSITY HEALTHSYSTEM, | Magistrate Judge Honorable Daniel G. Martin |
| Defendants. | |

**JOINT INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's Case Management Procedures, the Parties submit the following Joint Initial Status Report.

**1.    The Nature of the Case**

    A.    Attorneys of Record:

| For Plaintiff: | For Great Lakes Financial Services, Inc. ("GLFS"): |
|---|---|
| Daniel J. McGarry<br>*LEAD ATTORNEY*[1]<br>WHITESIDE & GOLDBERG, LTD.<br>155 N. Michigan Ave., Suite 540<br>Chicago, IL 60601<br>Phone: (312) 334-6875<br>Fax: (800) 334-6034<br>dmcgarry@wglawgroup.com | Jason Edward Hunter<br>*LEAD ATTORNEY*<br>Phillip Glen Litchfield<br>LITCHFIELD CAVO, LLP<br>303 W. Madison Street, Suite 300<br>Chicago, IL 60601<br>Phone: (312) 781-6677<br>Fax: (312) 781-6630<br>hunter@litchfieldcavo.com<br>litchfieldp@litchfieldcavo.com |

    B.    Basis for Federal Jurisdiction: Federal question jurisdiction is based on the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq* ("FDCPA").

---

[1] If the case reaches trial, the lead trial attorney for Plaintiff will be Jason M. Whiteside.

1

C. Nature of Claims Asserted: Plaintiff brings his complaint against Defendants for alleged violations of the FDCPA, alleged violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.* ("ICFA"), and alleged violations of the Illinois Workers' Compensation Act, 820 ILCS 305/8.2 ("IWCA"). Plaintiff alleges that Defendants misrepresented the legal status of the subject debt, in violation of the FDCPA and ICFA, by virtue of the IWCA's prohibition on holding an employee liable for costs of a work-related injury. Additionally, Plaintiff asserts that GLFS violated the FDCPA by contacting Plaintiff when it knew that he was represented by counsel.

**2. Pending Motions and Case Plan**

A. Pending Motions: Plaintiff has filed a Motion for Entry of Default against Northshore University Healthsystem.

B. MDIP: The undersigned Parties have read the MIDP Order and request that the Court defer the initial discovery responses for 30 days, as Plaintiff and GLFS believe that they may be able to settle the case within that timeframe and would prefer to focus their resources accordingly.

C. Proposed Discovery Plan:

    1. The Parties anticipate both written and oral discovery.

    2. The Parties to issue written discovery by April 20, 2018.

    3. The Parties' fact discovery to be completed by July 27, 2018.

    4. The Parties do not anticipate any expert discovery at this time. The Parties request a status conference at or near the close of fact discovery to inform the Court whether expert discovery will be needed.

    5. The Parties' final supplementation of MIDP by August 24, 2018.

    6.  The Parties to file dispositive motions by September 14, 2018.

  D.  ESI: Discovery may encompass electronically stored information ("ESI'), however, the Parties do not anticipate any ESI disputes.

  E.  Trial: Plaintiff has demanded a jury trial and the Parties to do not anticipate any trial lasting more than two days. The earliest possible date for trial is November 5, 2018.

**3.  Consent to Proceed Before a Magistrate Judge**

At this time, the Parties do not unanimously consent to proceed before a Magistrate Judge.

**4.  Status of Settlement**

  A.  Plaintiff has tendered an initial settlement proposal to GLFS.

  B.  Settlement discussion are ongoing.

  C.  At this time, the Parties do not request a settlement conference.

Dated: March 5, 2018

| JAMES GARRISON | GREAT LAKES FINANCIAL SERVICES, INC. |
|---|---|
| /s/ Daniel J. McGarry | /s/ Phillip Glen Litchfield |
| Daniel J. McGarry | Jason Edward Hunter |
| WHITESIDE & GOLDBERG, LTD. | Phillip Glen Litchfield |
| 155 N. Michigan Ave., Suite 540 | LITCHFIELD CAVO, LLP |
| Chicago, IL 60601 | 303 W. Madison Street, Suite 300 |
| Phone (312) 334-6875 | Chicago, IL 60601 |
| Fax: (800) 334-6034 | Phone: (312) 781-6677 |
| dmcgarry@wglawgroup.com | Fax: (312) 781-6630 |
| | hunter@litchfieldcavo.com |
| | litchfieldp@litchfieldcavo.com |